UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE WEAVER, | ) | 1:06-CV-1428 LJO WMW PC |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #8) |
| CCI SECOND WATCH, | ) ) | |
| Defendants. | ) ) | |

  Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 12, 2007, plaintiff filed a motion to extend time to file objections to the findings and recommendations . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

  Plaintiff is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:**  **March 12, 2007**      **/s/ William M. Wunderlich**
j14hj0               UNITED STATES MAGISTRATE JUDGE