UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CCI SECOND WATCH,<br><br>　　Defendants. | 1:06-CV-1428 LJO WMW PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #11) |

　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Plaintiff is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:　April 17, 2007**　　　　　　　　　**/s/ William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE